# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 16-2555

Eli Lilly and Company

v.

Perrigo Company

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent   Lupin Pharmaceuticals, Inc. and Lupin Ltd.

Party is (select one)
- ☐ Appellant/Petitioner
- ☒ Appellee/Respondent
- ☐ Cross-Appellant
- ☐ Intervenor

Tribunal appealed from and Case No.   U.S. District Court for Southern District of Indiana, 13-0851

Date of Judgment/Order   August 22, 2016   Type of Case   Patent Infringement

Relief sought on appeal   Affirmance of patent invalidity and affirmance of patent noninfringement

Relief awarded below (if damages, specify)   None - Finding of invalidity; finding of noninfringement

Briefly describe the judgment/order appealed from   See Attached.

Nature of judgment (select one)
- ☒ Final Judgment, 28 USC 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type)
- ☐ Other (explain; see Fed. Cir. R. 28(a)(5))

**FORM 26.  Docketing Statement**                                                                                          Form 26
                                                                                                                           Rev. 02/16

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued

> Not applicable.

Brief statement of the issues to be raised on appeal

> See attached.

Have there been discussions with other parties relating to settlement of this case?  [x] Yes  [ ] No   If "yes," when were the last such discussions?

- [ ] Before the case was filed below?
- [x] During the pendency of the case below?
- [ ] Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?  [ ] Yes  [x] No

If they were mediated, by whom? _____

Do you believe that this case may be amenable to mediation?  [ ] Yes  [x] No

If you answered no, explain why not

> The parties were not able to reach agreement.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

__31st__ day of __August__ , __2016__

by: __ECF__
(manner of service)

__Keith D. Parr__                                         __/s/ Keith D. Parr__
  Name of Counsel                                          Signature of Counsel

Law Firm            Locke Lord LLP

Address             111 S. Wacker Drive

City, State, ZIP    Chicago, IL 60606

Telephone Number    312-443-0497

FAX Number          312-896-6497

E-mail Address      kparr@lockelord.com

Reset Fields

Briefly describe the judgment/order appealed from:

The appeal is from a judgment entered on August 22, 2016 following a bench trial in which the district court held, among other things, that claim 20 of U.S. Patent No. 8,435,944 ("the '944 patent") is invalid for obviousness under 35 U.S.C. § 103 and that Lupin's sale of its proposed product would not infringe claims 11 and 12 of the '944 patent, claims 2-20 of U.S. Patent No. 8,807,861 ("the '861 patent"), claims 1-23 of the U.S. Patent No. 8,419,307 ("the '307 patent"), and claims 1-35 of U.S. Patent No. 8,177,449 ("the '449 patent"). The district court further held that Lupin is entitled to proceed with its ANDA and is not enjoined.

Brief statement of the issues to be raised on appeal:

Appellee Lupin intends to seek affirmance of the judgments in its favor on the grounds relied upon by the district court and on any other ground on which the district court's judgment may be affirmed.

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on August 31, 2016 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| | |
|---|---|
| Keith D. Parr | /s/ Keith D. Parr |
| Name of Counsel | Signature of Counsel |

Law Firm: Locke Lord LLP

Address: 111 S. Wacker Drive

City, State, ZIP: Chicago, IL 60606

Telephone Number: 312-443-0497

FAX Number: 312-896-6497

E-mail Address: kparr@lockelord.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.